**Motion Denied; Order filed May 8, 2014.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-13-00706-CR
_____

**JOEL NAVARRO, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court at Law No. 15
Harris County, Texas
Trial Court Cause No. 1836127**

## ORDER

This is an appeal from appellant's conviction for driving while intoxicated. On July 16, 2013, appellant was sentenced to one year in county jail and assessed a fine of $500. Appellant's confinement was suspended, and he was placed on community supervision for two years.

Appellant is represented by retained counsel, R. Scott Shearer. Appellant's brief was originally due **January 20, 2014.** We granted counsel a 90-day extension

of time to file appellant's brief until April 21, 2014. When we granted this extension, we noted that no further extensions would be granted. No brief was filed. On May 5, 2014, counsel filed a further request for extension of time to file appellant's brief. We **DENY** the request and issue the following order.

We **ORDER** appellant's counsel, **R. SCOTT SCHEARER,** to file a brief with the clerk of this court on or before **June 9, 2014**. If R. Scott Schearer does not timely file the brief as ordered, the court may order a hearing in the trial court to determine the reason for the failure to file a brief, including a determination of whether counsel should be held in contempt for failing to file the brief as ordered.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Donovan and Brown.